RECEIVED
IN LAKE CHARLES, LA

MAR 11 2008
Pam
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **BEAUREGARD PARISH SCHOOL BOARD** | : | **DOCKET NO. 2:07 CV 1459** |
| **VS.** | : | **JUDGE MINALDI** |
| **HONEYWELL INC.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After considering the Motion for Sanctions, [doc. 21], filed by the defendant Honeywell, Inc. (hereinafter "Honeywell"), this court finds that BPBS and its counsel is subject to sanctions pursuant to FED. R. CIV. P. 11(b) and shall bear Honeywell's attorneys' fees in defending suit 07-cv-1459. This court does not find that BPSB's conduct rises to the level of subjective bad faith required to impose sanctions under 28 U.S.C. § 1927; accordingly,

IT IS ORDERED that the Defendant's Motion for Sanctions Under Rule 11 is hereby GRANTED, and BPBS shall bear Honeywell's attorneys' fees in defending suit 07-cv-1459,

IT IS FURTHER ORDERED that the Defendant's Motion for Sanctions Under 28 U.S.C. § 1927 is DENIED,

IT IS FURTHER ORDERED that Honeywell shall have fifteen (15) days to present evidence of its attorneys' fees, and BPBS shall have ten (10) days to traverse Honeywell's evidence of fees.

Lake Charles, Louisiana, this 11 day of February, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE